IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC. *on behalf of its members;* R. DAVID NEW*; and* LISA FRAZIER, | 17cv0959 LEAD CASE |
| Plaintiff, | |
| v. | |
| ALLEN EDMONDS CORPORATION, | |
| Defendant. | |
| RACHEL GNIEWKOWSKI, | |
| Plaintiff, | 17cv0960 MEMBER CASE |
| v. | |
| ALFRED DUNNER, INC., | |
| Defendant. | |
| RACHEL GNIEWKOWSKI, | |
| Plaintiff, | 17cv0961 MEMBER CASE |
| v. | |
| THE ALLSTATE CORPORATION, | |
| Defendant. | |
| RACHEL GNIEWKOWSKI, | |
| Plaintiff, | 17cv0966 MEMBER CASE |
| v. | |
| BAG BORROW OR STEAL, INC., | |
| Defendant. | |

| | |
|---|---|
| LISA FRAZIER, | |
|        Plaintiff, | 17cv0969 |
|           v. | MEMBER CASE |
| JLB CORPORATION *doing business as* GOLDEN OAK LENDING, | |
|        Defendant. | |

| | |
|---|---|
| LISA FRAZIER, | |
|        Plaintiff, | 17cv0977 |
|           v. | MEMBER CASE |
| JELLY BELLY CANDY COMPANY, | |
|        Defendant. | |

| | |
|---|---|
| RACHEL GNIEWKOWSKI, | |
|        Plaintiff, | 17cv0978 |
|           v. | MEMBER CASE |
| KSL RESORTS CORPORATION, | |
|        Defendant. | |

| | |
|---|---|
| LISA FRAZIER, | |
|        Plaintiff, | 17cv0979 |
|           v. | MEMBER CASE |
| NATIONWIDE MUTUAL INSURANCE COMPANY, | |
|        Defendant. | |

| | |
|---|---|
| RACHEL GNIEWKOWSKI, | |
|     Plaintiff, | 17cv0989 |
|         v. | MEMBER CASE |
| POWDR CORP., | |
|     Defendant. | |

_____

RACHEL GNIEWKOWSKI,

    Plaintiff,                      17cv0990
                                   MEMBER CASE
        v.

RALLY HOUSE STORES, INC.,

    Defendant.

_____

LISA FRAZIER

    Plaintiff,                      17cv0991
                                   MEMBER CASE
        v.

RENT THE RUNWAY, INC,

    Defendant.

_____

LISA FRAZIER,

    Plaintiff,                      17cv0999
                                   MEMBER CASE
        v.

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY,

    Defendant.

RACHEL GNIEWKOWSKI,

       Plaintiff,                              17cv1000
                                                      MEMBER CASE

            v.

UNTUCKIT, LLC,

       Defendant.

---

LISA FRAZIER,

       Plaintiff,                              17cv1002
                                                     MEMBER CASE

           v.

VAIL RESORTS, INC.,

       Defendant.

---

RACHEL GNIEWKOWSKI,

       Plaintiff,                              1:17cv201 - Erie
                                                     MEMBER CASE

           v.

ERIE INSURANCE COMPANY,

       Defendant.

## **ORDER OF COURT**

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 17-960, 17-961, 17-966, 17-969, 17-977, 17-978, 17-979, 17-989, 17-990, 17-991, 17-999, 17-1000, 17-1002, and 17-201 Erie are hereby consolidated with Civil Action No. 17-959, the lead case as captioned above.

2. All pleading, motions, and other papers hereafter filed shall be filed at Civil Action No. 17-959.

3. The Clerk of Court shall close Civil Action No. 17-960, 17-961, 17-966, 17-969, 17-977, 17-978, 17-979, 17-989, 17-990, 17-991, 17-999, 17-1000, 17-1002, and 17-201 Erie.

**SO ORDERED** this 8th day of August, 2017.

s/Arthur J. Schwab
Arthur J. Schwab
United States District Judge