IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC.,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>ALLEN EDMONDS CORPORATION,<br><br>　　　　　Defendant. | No. 2:17-cv-00959-AJS<br><br>LEAD CASE |
| LISA FRAZIER,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>NATIONWIDE MUTUAL INSURANCE COMPANY,<br><br>　　　　　Defendant. | No. 2:17-cv-00979-AJS<br><br>MEMBER CASE |

**NOTICE OF VOLLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)**

　　　Plaintiff Lisa Frazier, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, notifies the Court she voluntarily dismisses her Complaint against Nationwide Mutual Insurance Company. Defendant has not answered Plaintiffs' Complaint nor moved for summary judgment on any claims asserted therein.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Dated: August 9, 2017　　　　　　　　**Counsel for Plaintiffs:**

　　　　　　　　　　　　　　　　　　　*/s/ Benjamin J. Sweet*
　　　　　　　　　　　　　　　　　　　Benjamin J. Sweet, Esquire
　　　　　　　　　　　　　　　　　　　R. Bruce Carlson, Esquire
　　　　　　　　　　　　　　　　　　　Kevin W. Tucker, Esquire
　　　　　　　　　　　　　　　　　　　Carlson Lynch Sweet & Kilpela, LLP
　　　　　　　　　　　　　　　　　　　1133 Penn Avenue, 5th Floor
　　　　　　　　　　　　　　　　　　　Pittsburgh, PA 15222
　　　　　　　　　　　　　　　　　　　412-322-9243 (phone)
　　　　　　　　　　　　　　　　　　　bcarlson@carlsonlynch.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's ECF system on August 9, 2017.

*/s/ Benjamin J. Sweet*