UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>   Plaintiff,<br><br>  v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>   Defendant. | Civil Action No. 2:17-cv-00959<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>   Plaintiff,<br><br>  v.<br><br>RALLY HOUSE STORES, INC.,<br><br>   Defendant. | Civil Action No. 2:17-cv-00990<br><br>MEMBER CASE<br><br>Electronically Filed |

## NOTICE OF SETTLEMENT

  COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, Rally House Stores, Inc. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

            */s/ Kevin W. Tucker*
            Kevin W. Tucker
            Benjamin J. Sweet
            Carlson Lynch Sweet Kilpela & Carpenter, LLP
            1133 Penn Avenue, 5th Floor
            Pittsburgh, PA 15222
            T. (412) 322-9243

            *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on September 19, 2017, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

> Respectfully Submitted,
>
> By:  */s/ Kevin W. Tucker*
>      Kevin W. Tucker (PA Bar No. 312144)