IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Lisa Frazier,<br>     Plaintiff,<br><br>  v.<br><br>Vail Resorts, Inc.,<br>     Defendant. | )<br>)  Member Case No.2:17-cv-01002-AJS<br>)<br>)<br>)  Lead Case No. 2:17-cv-00959-AJS.<br>)<br>)  Judge Arthur J. Schwab<br>)<br>)<br>)<br>)  **ELECTRONICALLY FILED**<br>)<br>)<br>) |

**REPORT OF NEUTRAL**

A mediation session was held in the above-captioned matter on <u>September 28, 2017</u>.

The case (please check one):
    <u>  X  </u> has resolved
    <u>     </u> has resolved in part (see below)
    <u>     </u> has not resolved.

The parties request that a follow up conference with the Court should be scheduled within <u>  N/A  </u> days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

---

Dated: <u>  September 28, 2017  </u>          <u>/s/ Arthur H. Stroyd, Jr.         </u>
                                                      Signature of Neutral

Rev. 09/11