IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>THE ALLSTATE CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00961-AJS<br><br>MEMBER CASE<br><br>Electronically Filed |

## STIPULATION OF DISMISSAL

Plaintiff, Rachel Gniewkowski, and Defendant, The Allstate Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, without prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Benjamin J. Sweet*<br>Benjamin J. Sweet, Esquire<br>R. Bruce Carlson, Esquire<br>Kevin W. Tucker, Esquire | */s/Michelle M. McGeogh*<br>/s/ Michelle M. McGeogh<br>Daniel V. Johns<br>Bar No. 76203 |

Carlson Lynch Sweet & Kilpela, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
412-322-9243 (phone)
412-231-0246 (fax)
bcarlson@carlsonlynch.com
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com

*Attorney for Plaintiffs*

Jenny N. Perkins
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
Telephone: 215.665.8500
Facsimile: 215.864.8999
Johns@ballardspahr.com
perkinsj@ballardspahr.com

*Attorneys for Defendant*