IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC.; on behalf of its members; R. DAVID NEW; and LISA FRAZIER<br><br>   Plaintiffs,<br>vs.<br><br>ALLEN EDMONDS CORPORATION,<br><br>   Defendant. | No. 2:17-cv-00959-AJS<br><br>LEAD CASE |

## STIPULATION OF DISMISSAL

Plaintiffs, Access Now, Inc., R. David New, and Lisa Frazier, and Defendant, Allen Edmonds Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, without prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

                     Respectfully submitted,

| | |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Michael J. Hassen* |
| Kevin W. Tucker<br>Benjamin J. Sweet<br>Carlson Lynch Sweet Kilpela & Carpenter, LLP<br>1133 Penn Avenue, 5th Floor<br>Pittsburgh, PA 15222<br>T. (412) 322-9243 | Michael J. Hassen<br>Jeffer Mangels Butler & Mitchell, LLP<br>2 Embarcadero Center<br>5th Floor<br>San Francisco, CA 94111<br>T. (415) 398-8080<br>mjh@jmbm.com<br><br>*Pro Hac Vice Anticipated*<br>*Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on October 20, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismiaal* to be filed electronically and served via the Court's ECF system.

    Respectfully Submitted,

By: */s/ Kevin W. Tucker*
      Kevin W. Tucker (PA Bar No. 312144)