IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>KSL RESORTS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00978-AJS<br><br>MEMBER CASE<br><br>Electronically Filed |

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Rachel Gniewkowski, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, KSL Resorts Corporation. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within twenty (20) days.

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I, Kevin W. Tucker, hereby certify that on October 20, 2017, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By:  */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)