IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC.; on behalf of its members; R. DAVID NEW; and LISA FRAZIER<br><br>Plaintiffs,<br><br>vs.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | No. 2:17-cv-00959-AJS<br><br>LEAD CASE |

## STIPULATION OF DISMISSAL

Plaintiffs, Access Now, Inc., R. David New, and Lisa Frazier, and Defendant, Allen Edmonds Corporation, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, without prejudice; and
2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

/s/ Kevin W. Tucker

Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela &
Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

/s/ Michael J. Hassen

Michael J. Hassen
Jeffer Mangels Butler & Mitchell, LLP
2 Embarcadero Center
5th Floor
San Francisco, CA 94111
T. (415) 398-8080
mjh@jmbm.com

*Pro Hac Vice Anticipated*

*Counsel for Defendant*

AND NOW, this 23rd day of Oct, 2017,
IT IS SO ORDERED.

UNITED STATES DISTRICT JUDGE