UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br><br>v.<br><br>BAG BORROW OR STEAL, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-00966<br><br>MEMBER CASE<br><br>Electronically Filed |

**STIPULATION OF DISMISSAL**

Plaintiff, Rachel Gniewkowski, and Defendant, Bag Borrow or Steal, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted on October 25, 2017,

| | |
|---|---|
| */s/ Kevin W. Tucker* | */s/ David J. Garraux* |
| Benjamin J. Sweet, Esquire | David J. Garraux |
| Kevin W. Tucker, Esquire | Fox Rothschild LLP |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP | BNY Mellon Center |
| 1133 Penn Avenue, 5th Floor | 500 Grant Street, Suite 2500 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15219 |
| 412-322-9243 (phone) | T. (412) 394-6585 |
| 412-231-0246 (fax) | F. (412) 391-6984 |
| bsweet@carlsonlynch.com | DGarraux@faxrothschild.com |
| ktucker@carlsonlynch.com | |
| | *Attorney for Defendant* |
| *Attorney for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on October 25, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

    Respectfully Submitted,

By: */s/ Kevin W. Tucker*
      Kevin W. Tucker (PA Bar No. 312144)