UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>        Plaintiff,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>        Defendant. | Civil Action No. 2:17-cv-00959-AJS<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>        Plaintiff,<br><br>v.<br><br>UNTUCKIT, LLC,<br><br>        Defendant. | Civil Action No. 2:17-cv-01000-AJS<br><br>MEMBER CASE<br><br>Electronically Filed |

**STIPULATION OF DISMISSAL**

Plaintiff, Rachel Gniewkowski, and Defendant, UNTUCKit, LLC, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

    1.    This action shall be DISMISSED, with prejudice; and

    2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted on October 30, 2017,

| | |
|---|---|
| */s/ Kevin W. Tucker* | */s/Jyotin Hamid* |
| Benjamin J. Sweet, Esquire | Jyotin Hamid, Esq. |
| Kevin W. Tucker, Esquire | Debevoise & Plimpton LLP |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP | 919 Third Avenue |
| 1133 Penn Avenue, 5th Floor | New York, New York 10022 |
| Pittsburgh, PA 15222 | Email: jhamid@debevoise.com |
| 412-322-9243 (phone) | Phone: 212-909-1031 |
| 412-231-0246 (fax) | Fax: 212-909-6836 |
| bsweet@carlsonlynch.com | |
| ktucker@carlsonlynch.com | *Attorney for Defendant* |
| *Attorney for Plaintiffs* | |

2

**CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on October 30, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)

i