# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>        Plaintiffs,<br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>        Defendant. | Civil Action No. 2:17-cv-00959-AJS<br><br>**LEAD CASE**<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>        Plaintiff,<br>v.<br><br>POWDR CORP.,<br><br>        Defendant. | Member Case No. 17-cv-00989-AJS<br><br>**MEMBER CASE**<br><br>Electronically Filed |

## REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on <u>November 3, 2017</u>.

The case (please check one):
      __X__ has resolved
      _____ has resolved in part (see below)
      _____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within __N/A__ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated: __November 3, 2017__          */s/ Arthur H. Stroyd, Jr._____*

Rev. 09/11