IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>    Plaintiffs,<br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>    Defendant. | No. 2:17-cv-00959-AJS<br><br>LEAD CASE |
| LISA FRAZIER, ,<br><br>    Plaintiff,<br>v.<br><br>VAIL RESORTS, INC.,<br><br>    Defendant. | No. 2:17-cv-1002-AJS<br><br>MEMBER CASE |

## STIPULATION OF DISMISSAL

Plaintiff, Lisa Frazier, and Defendant, Vail Resorts, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Marla N. Presley* |
| Kevin W. Tucker | Marla N. Presley |
| Benjamin J. Sweet | Jackson Lewis P.C. |
| Carlson Lynch Sweet Kilpela & Carpenter, LLC | Liberty Center |
| 1133 Penn Avenue, 5th Floor | 1001 Liberty Avenue, Suite 1000 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| Phone: (412) 322-9243 | T. (412) 232-0404 |
| bsweet@carlsonlynch.com | Marla.Presley@jacksonlewis.com |
| ktucker@carlsonlynch.com | |
| | *Attorney for Defendant* |
| *Attorneys for Plaintiff* | |

APPROVED and SO ORDERED this

\_\_\_\_ day of _____, 2017.

_____
U.S. District Judge Arthur J. Schwab

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on November 17, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

                                             Respectfully Submitted,

By: */s/ Kevin W. Tucker*
      Kevin W. Tucker (PA Bar No. 312144)