IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959<br><br>LEAD CASE<br><br>Electronically Filed |
| LISA FRAZIER,<br><br>Plaintiffs,<br>vs.<br><br>JLB CORPORATION d/b/a GOLDEN OAK LENDING,<br><br>Defendant. | No. 2:17-cv-00969-AJS<br><br>MEMBER CASE |

**STIPULATION OF DISMISSAL**

Plaintiff, Lisa Frazier, and Defendant, JLB Corporation d/b/a Golden Oak Lending, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. This action shall be DISMISSED, with prejudice; and

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Dwayne F. Stanley* |
| Kevin W. Tucker, Esquire | Dwayne F. Stanley |
| Benjamin J. Sweet, Esquire | Jeff S. Heuer |
| Carlson Lynch Sweet & Kilpela, LLP | Husch Blackwell LLP |
| 1133 Penn Avenue, 5th Floor | 190 Carondelet Plaza |
| Pittsburgh, PA 15222 | Suite 600 |
| 412-322-9243 (phone) | St. Louis, MO 63105 |
| 412-231-0246 (fax) | T. (314) 480-1500 |
| bsweet@carlsonlynch.com | F. (314) 480-1505 |
| ktucker@carlsonlynch.com | jeff.heuer@huschblackwell.com |
| | dwayne.stanley@huschblackwell.com |

APPROVED and SO ORDERED this

\_\_\_\_ day of _____, 2017.

_____
U.S. District Judge Arthur J. Schwab

## CERTIFICATE OF SERVICE

I, Kevin W. Tucker, hereby certify that on November 17, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)