IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER, <br><br> Plaintiffs, <br><br> v. <br><br> ALLEN EDMONDS CORPORATION, <br><br> Defendant. | Civil Action No. 2:17-cv-00959 <br><br> LEAD CASE <br><br> Electronically Filed |
| LISA FRAZIER, <br><br> Plaintiffs, <br> vs. <br><br> JELLY BELLY CANDY COMPANY, <br><br> Defendant. | No. 2:17-cv-00977-AJS <br><br> MEMBER CASE |

**STIPULATION OF DISMISSAL**

Plaintiff, Lisa Frazier, and Defendant, Jelly Belly Candy Company, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1.      This action shall be DISMISSED, with prejudice; and

2.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted,

**Counsel for Plaintiff:**                    **Counsel for Defendant:**

*/s/ Kevin W. Tucker*                         */s/ Ryan T. Benson*
Kevin W. Tucker, Esquire                      Ryan T. Benson
Benjamin J. Sweet, Esquire                    O'Hagan Meyer
Carlson Lynch Sweet & Kilpela, LLP            One E Wacker
1133 Penn Avenue, 5th Floor                   Suite 3400
Pittsburgh, PA 15222                          Chicago, IL 60601
412-322-9243 (phone)                          T. (312) 422-6100
412-231-0246 (fax)                            rbenson@ohaganmeyer.com
bsweet@carlsonlynch.com
ktucker@carlsonlynch.com


APPROVED and SO ORDERED this

_____ day of _____, 2017.




_____
U.S. District Judge Arthur J. Schwab

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on November 17, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By:  */s/ Kevin W. Tucker*
      Kevin W. Tucker (PA Bar No. 312144)