# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiffs,<br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959<br><br>**LEAD CASE**<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br>v.<br><br>ALFRED DUNNER, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-00960<br><br>**MEMBER CASE**<br><br>Electronically Filed |

### REPORT OF NEUTRAL

A mediation session was held in the above-captioned matter on <u>November 21, 2017</u>.

The case (please check one):
      _____has resolved
      _____has resolved in part (see below)
      \_\_X\_\_ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within \_N/A\_\_ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

Dated:  November 21, 2017           */s/ Arthur H. Stroyd, Jr.*_____

Rev. 09/11