IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959<br><br>LEAD CASE |
| LISA FRAZIER,<br><br>Plaintiffs,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | No. 2:17-cv-00999-AJS<br><br>MEMBER CASE |

**NOTICE OF SETTLEMENT**

COMES NOW Plaintiff Lisa Frazier, by and through her undersigned counsel, and hereby advises this Honorable Court she has reached an agreement in principle with Defendant, State Farm Mutual Automobile Insurance Company. The parties expect to file dismissal papers within twenty (20) days.

*/s/ Kevin W. Tucker*
Kevin W. Tucker
Benjamin J. Sweet
Carlson Lynch Sweet Kilpela & Carpenter, LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
T. (412) 322-9243

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on December 6, 2017, I caused a true and correct copy of foregoing *Notice of Settlement* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)