UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>        Plaintiff,<br><br>        v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>        Defendant. | Civil Action No. 2:17-cv-00959-AJS<br><br>LEAD CASE |
| LISA FRAZIER,<br><br>        Plaintiff,<br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | No. 2:17-cv-00999-AJS<br><br>MEMBER CASE |

## **STIPULATION OF DISMISSAL**

Plaintiff, Lisa Frazier, and Defendant, State Farm Mutual Automobile Insurance Company, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

      1.    This action shall be DISMISSED, with prejudice, with the Court expressly retaining jurisdiction to enforce the terms of the parties' settlement; and

      2.    Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted on December 7, 2017,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Jennifer G. Betts* |
| Kevin W. Tucker, Esquire | Jennifer G. Betts |
| Benjamin J. Sweet, Esquire | Cory E. Ridenour |
| Carlson Lynch Sweet & Kilpela, LLP | Ogletree Deakins Nash Smoak & Stewart |
| 1133 Penn Avenue, 5th Floor | One PPG Place |
| Pittsburgh, PA 15222 | Suite 1900 |
| 412-322-9243 (phone) | Pittsburgh, PA 15222 |
| 412-231-0246 (fax) | T. (412) 246-0153 |
| bsweet@carlsonlynch.com | F. (412) 232-1799 |
| ktucker@carlsonlynch.com | jennifer.betts@ogletreedeakins.com |
|  | cory.ridenour@ogletreedeakins.com |

## CERTIFICATE OF SERVICE

I, Kevin W. Tucker, hereby certify that on December 7, 2017, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

Respectfully Submitted,

By: */s/ Kevin W. Tucker*
Kevin W. Tucker (PA Bar No. 312144)

i