UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiff,<br><br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959-AJS<br><br>LEAD CASE<br><br>Electronically Filed |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br>v.<br><br>ERIE INSURANCE COMPANY,<br><br>Defendant. | No. 1:17-cv-00201-AJS<br><br>MEMBER CASE |

**STIPULATION OF DISMISSAL**

Plaintiff, Rachel Gniewkowski, and Defendant, Erie Insurance Company, by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

        1.      This action shall be DISMISSED, with prejudice; and

        2.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted on January 4, 2018,

| **Counsel for Plaintiff:** | **Counsel for Defendant:** |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Marla N. Presley* |
| Kevin W. Tucker, Esquire | Marla N. Presley, Esq. |
| Benjamin J. Sweet, Esquire | Mariah H. McGrogan, Esq. |
| CARLSON LYNCH SWEET KILPELA & CARPENTER LLP | JACKSON LEWIS P.C. |
| 1133 Penn Avenue, 5th Floor | 1001 Liberty Avenue, Suite 1000 |
| Pittsburgh, PA 15222 | Pittsburgh, PA 15222 |
| T. 412-322-9243 | T. (412) 232-0404 |
| ktucker@carlsonlynch.com | marla.presley@jacksonlewis.com |
| bsweet@carlsonlynch.com | mariah.mcgrogan@jacksonlewis.com |

cc:   All counsel of record

## CERTIFICATE OF SERVICE

      I, Kevin W. Tucker, hereby certify that on January 4, 2018, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

                                    Respectfully Submitted,

                              By: */s/ Kevin W. Tucker*
                                  Kevin W. Tucker (PA Bar No. 312144)