UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ACCESS NOW, INC., on behalf of its members; R. DAVID NEW; and LISA FRAZIER,<br><br>Plaintiffs,<br>v.<br><br>ALLEN EDMONDS CORPORATION,<br><br>Defendant. | Civil Action No. 2:17-cv-00959 |
| RACHEL GNIEWKOWSKI,<br><br>Plaintiff,<br>v.<br><br>ALFRED DUNNER, INC.,<br><br>Defendant. | Civil Action No. 2:17-cv-00960 |

**STIPULATION OF DISMISSAL**

COME NOW Plaintiff, Rachel Gniewkowski, and Defendant, Alfred Dunner, Inc., by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A) hereby stipulate that:

1. The parties have reached an agreement in principle and are finalizing settlement documents.

2. This action shall be DISMISSED, with prejudice, subject to the right within 30 days, to reopen the action if settlement is not consummated;

3. All dates previously ordered by the Court or otherwise required by the Federal Rules of Civil Procedure for the parties' submissions are adjourned *sine die*; and

      4.      Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action.

Respectfully submitted on January 4, 2018,

| | |
|---|---|
| */s/ Kevin W. Tucker* | */s/ Joseph J. Lynett* |
| Benjamin J. Sweet, Esquire | Joseph J. Lynett |
| Kevin W. Tucker, Esquire | Jackson Lewis P.C. |
| Carlson Lynch Sweet Kilpela & Carpenter, LLP | 44 South Broadway |
| | 14th Floor |
| 1133 Penn Avenue, 5th Floor | White Plains, NY 10601 |
| Pittsburgh, PA 15222 | T. (914) 872-6888 |
| 412-322-9243 (phone) | Joseph.Lynett@jacksonlewis.com |
| 412-231-0246 (fax) | |
| bsweet@carlsonlynch.com | *Attorney for Defendant* |
| ktucker@carlsonlynch.com | |
| | |
| *Attorney for Plaintiffs* | |

## **CERTIFICATE OF SERVICE**

I, Kevin W. Tucker, hereby certify that on January 4, 2018, I caused a true and correct copy of foregoing *Stipulation of Dismissal* to be filed electronically and served via the Court's ECF system.

    Respectfully Submitted,

By: */s/ Kevin W. Tucker*
     Kevin W. Tucker (PA Bar No. 312144)